IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NUMBER: 3:10cr76-MHT |
| ) | |
| CHARLES ANDRE TURNER ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE WARDEN AND/OR KEEPER OF THE   HOUSTON COUNY JAIL
                                        AT   DOTHAN, ALABAMA

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
      OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of **CHARLES ANDRE TURNER**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the Courtroom **4B** of said Court, in the City of **MONTGOMERY**, on **JULY 21, 2010**, at **10:30 A.M.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the **15TH** day of JUNE, 2010.

                              DEBRA P. HACKETT, CLERK
                              UNITED STATES DISTRICT COURT
                              MIDDLE DISTRICT OF ALABAMA

                              By: *[signature]*
                                  Deputy Clerk